No. 95–5916. BRADY ET AL. *v.* BRADY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–5928. JACOB *v.* PACIFIC BELL DIRECTORY. C. A. 9th Cir. Certiorari denied.

No. 95–5933. KENT *v.* REICH, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 95–5935. AUSTIN *v.* UPSHAW. Sup. Ct. Ala. Certiorari denied.

No. 95–5939. DAGGETT *v.* KREBS ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5940. MORRIS *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95–5941. LOWERY *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–5947. VALDEZ *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–5951. COLONEL *v.* DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–5986. REEMSNYDER *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6025. SPRUILL *v.* MOZELL. C. A. 4th Cir. Certiorari denied.

No. 95–6033. HICKS *v.* COLLINS, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–6078. BENTLEY *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–6103. TRAUNIG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.